UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SUN KIM KHLIU,

                Petitioner,

   v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C18-801-RSL-JPD

REPORT AND RECOMMENDATION

     Petitioner, who is proceeding through counsel, filed this 28 U.S.C. § 2241 immigration habeas action to obtain release from detention. On June 18, 2018, petitioner was released on an order of supervision. Dkt. 5. The parties have filed a stipulation and proposed order for dismissal of this action as moot. *Id.* The Court recommends that the stipulation, Dkt. 5, be GRANTED, and this action be DISMISSED with prejudice and without an award of costs or fees to either party. A proposed Order accompanies this Report and Recommendation.

\\

\\

REPORT AND RECOMMENDATION - 1

1. The Clerk is directed to note this matter as immediately ready for the Honorable Robert S. Lasnik's consideration.

Dated this 27th day of June, 2018.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge