UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUN KIM KHLIU,<br><br>      Petitioner,<br><br>  v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>      Respondents. | Case No. C18-801-RSL<br><br>ORDER OF DISMISSAL |

  Having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

  (1)  The Court ADOPTS the Report and Recommendation.

  (2)  The parties' stipulation and proposed order for dismissal, Dkt. 5, is GRANTED.

  (3)  This action is DISMISSED with prejudice and without an award of costs or fees to either party.

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

Dated this 28th day of June, 2018.

*MRS Lasnik*

ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2